# United States Court of Appeals for the Tenth Circuit
## OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

Patrick J. Fisher, Jr.
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 31 2005

GREGORY C. LANGHAM
CLERK

August 29, 2005

Mr. Larry Wayne White
Colorado State Penitentiary
#43440
P.O. Box 777
Canon City, CO 81215-0777

Mr. John W. Suthers
Attorney General
State of Colorado
Department of Law
1525 Sherman Street, 5th Floor
Denver, CO 80203

    Re:    05-1289, White v. Ortiz
           Dist/Ag docket:  05-CV-635 ES

Dear Mr. White and Counsel:

Enclosed is a copy of the order entered today.

Please contact this office if you have questions.

Sincerely,

PATRICK FISHER
Clerk

By: *Audrey F. Weigel*
Deputy Clerk

PF:afw
Enclosure

cc:   Honorable Zita L. Weinshienk, Sr. District Judge
      Gregory C. Langham, Clerk

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

LARRY WAYNE WHITE,

    Petitioner,

v.

JOE ORTIZ, Exec. Director, Colorado Department of Corrections; JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.

No. 05-1289

## ORDER

Filed August 29, 2005

---

On June 22, 2005, Mr. White was sent written notice by this court giving him 30 days to file a motion in this court for permission to file a second or successive § 2254. No motion for permission has been filed.

This matter is **DISMISSED**.

                      Entered for the Court
                      Patrick Fisher, Clerk

                      *Kathleen T. Clifford*

                      Kathleen T. Clifford
                      Attorney - Deputy Clerk